# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Marc Petrilla Watkins, | ) | Case No. 1:21-cr-231 |
| | ) | |
| Defendant. | ) | |

On June 13, 2023, the court issued an order granting Defendant's furlough request. (Doc. No. 187). The order provided that Defendant would be released on June 20, 2023, no earlier than 8:00 AM so that she could attend an evaluation at the Heartview Foundation in Bismarck, North Dakota at 8:30 AM.

Due to logistical and transportation issues, it now appears that Defendant will be unable to make it to his evaluation as scheduled. Consequently, the court **VACATES** its order of June 13, 2023 (Doc. No. 187) with the understanding that Defendant may renew his motion once his evaluation is rescheduled.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court