IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER DENYING MOTION FOR** |
| vs. ) | **FURLOUGH** |
| ) | |
| Robert Marc Petrilla Watkins, ) | Case No. 1:21-cr-00231-06 |
| ) | |
| Defendant. ) | |

The Defendant is charged with five offenses: (1) conspiracy to distribute and possess with intent to distribute controlled substances; (2) possession with intent to distribute fentanyl (two counts); and (3) aiding and abetting (two counts). (Doc. No. 71). The Defendant is currently in pretrial detention at the Stutsman County Jail.

On October 10, 2023, Defendant filed a motion for Furlough. (Doc. No. 206). He advises that he previously made arrangements with providers at Inspired Healthcare for an in-person chemical dependency evaluation at the jail and staff have not allowed Defendant to meet with evaluators without United States Marshal Office approval.

18 U.S.C. § 3142(i) provides a mechanism for the court to permit temporary release of an individual when it "determines such release to be necessary for preparation of the person's defense or for another compelling reason." The Defendant bears the burden of proof warranting temporary release under § 3142(i). *See United States v. Lunnie*, 451 F. Supp. 3d 995, 997 (E.D. Ark. 2020).

In his motion, the Defendant does not present any information to rebut the presumption and does not provide a timeline of when this chemical dependency evaluation will occur. Moreover, Defendant's attorney may contact the U.S. Marshal's Office to receive permission for

the providers from Inspired Healthcare to conduct an in-person evaluation at the Stutsman County Jail. Defendant's motion (Doc. No. 206) is therefore **DENIED**.

    **IT IS SO ORDERED.**

Dated this 17th day of October, 2023.

                                                   */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court